377 A.2d 1004

Watson, et al., Appellants, v. Rusnak.

Argued June 17, 1977.  Marvin W. Factor, with him Weinstein & Factor, for appellants;  Eugene F. Wisniewski, with him Wisniewski and Creasy, for appellee.

Judgment affirmed.

377 A.2d 1005

Weaver, Appellant, v. Mercy Hospital.

Argued June 16, 1977.  Joseph J. Heston, with him Joseph A. Quinn, Jr., for appellant;  J. Earl Langan, with him Thomas P. Brennan, for appellee.

Judgment affirmed.